IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| IOU CENTRAL, INC. d/b/a IOU FINANCIAL, INC | * | |
| | * | |
| Plaintiff, | | |
| vs. | * | CASE NO. 4:19-cv-192-CDL |
| | * | |
| ALEXANDER L. KRYCHEV, SUZANA GOMEZ VIANNA, ANNA M. WILEWKSI-TURON, WOJCIECH WILEWSKI, AS TRUSTEES OF THE WILEWSKI WOJCIECH TRUST, CSA NUTRITION, INC. | * * * | |
| Defendants. | * | |

## PLAINTIFF'S STATUS REPORT

Per Fed. R. Civ. P. 55, Plaintiff IOU provides a status report to the Court.

1. On 12/13/19, Plaintiff IOU filed suit [Doc 1] naming the Defendants, for whom process issued [Doc 2-6] for which the Court approved the Amended Complaint. [Doc 8]

2. On 12/19/19, Defendants Krychev, Gomez and CSA were served [Doc 13-15]

3. Plaintiff obtained entry of Default as to Defendants Krychev, Gomez and CSA.

4. Plaintiff has awaited the Court's ruling on a similar case, *IOU v. ACRA*, 4:19-CV-177 (CDL) before proceeding with a motion for final default on this case.

5. Plaintiff's counsel had to evacuate his law office and relocate to a home location, per the national emergency, requiring additional time to fulfill requirements in various cases.

6. Plaintiff's counsel will file the Motion for Final Default Judgment today.

Respectfully submitted this 30th day of March 2020.

                     By:     */s/Paul G. Wersant*
                                 Paul G. Wersant
                                 Georgia Bar No. 748341
                                 3245 Peachtree Parkway, Suite D-245
                                 Suwanee, Georgia 30024
                                 Telephone: (678) 264-2358
                                 Email: pwersant@gmail.com
                                 Attorney for Plaintiff
                                 File No. 11513